UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PETER R. CLIFFORD,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> JO ANNE B. BARNHART,  ) <br> Commissioner of Social  ) <br> Security,  ) <br> ) <br> Defendant.  ) | Civil No. 03-193-B-W |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 28, 2005 her Recommended Decision (Docket # 38). The Plaintiff filed his objections (Docket # 40) to the Recommended Decision on July 18, 2005, and the Defendant filed its Response (Docket # 41) to those objections on July 22, 2005. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the Defendant's Motion for Summary Judgment is **GRANTED**.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 9th day of August, 2005